| | |
|---|---|
| 1 | DANIEL J. BRODERICK, Bar #89424 |
| | Federal Defender |
| 2 | JEREMY S. KROGER, Bar # 258956 |
| | Assistant Federal Defender |
| 3 | Designated Counsel for Service |
| | 2300 Tulare Street, Suite 330 |
| 4 | Fresno, California 93721-2226 |
| | Telephone: (559) 487-5561 |
| 5 | |
| | Attorney for Defendant |
| 6 | SHERRILL V. HANSON |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 1:11-cr-00435 LJO |
| | ) | |
| Plaintiff, | ) | |
| | ) | STIPULATION TO CONTINUE |
| v. | ) | STATUS CONFERENCE; |
| | ) | ORDER THEREON |
| SHERRILL V. HANSON, | ) | |
| | ) | Date: April 2, 2012 |
| Defendant. | ) | Time: 1:00 p.m. |
| | ) | Dept : Hon. Sheila K. Oberto |

   IT IS HEREBY STIPULATED by and between the parties hereto, and through their respective attorneys of record herein, that the status conference hearing in the above-referenced action now scheduled for January 30, 2012, **may be continued to April 2, 2012 at 1:00 p.m.**, before Magistrate Judge Sheila K. Oberto

   The parties jointly request this continuance to allow time to conduct plea negotiations, and so that defense counsel has time to review the substantial discovery and conduct its own investigation. The requested continuance will conserve time and resources for all parties and the Court.

///

///

///

///

The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice, including but not limited to, the need for the period of time set forth herein for further defense preparation pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B).

BENJAMIN B. WAGNER
United States Attorney

DATED: January 26, 2012  By:  /s/ Jeremy Jehangiri
JEREMY JEHANGIRI
Assistant United States Attorney
Attorney for Plaintiff

DANIEL J. BRODERICK
Federal Defender

DATED: January 26, 2012  By:  /s/ Jeremy S. Kroger
JEREMY S. KROGER
Assistant Federal Defender
Attorney for Defendant
Sherrill V. Hanson

**O R D E R**

Time is excluded in the interests of justice pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B).

IT IS SO ORDERED.

**Dated:　January 26, 2012**　　　　　/s/ Lawrence J. O'Neill
UNITED STATES DISTRICT JUDGE