| | |
|---|---|
| 1 | DANIEL J. BRODERICK, Bar #89424<br>Federal Defender |
| 2 | JEREMY S. KROGER, Bar #258956<br>Assistant Federal Defender |
| 3 | Designated Counsel for Service<br>2300 Tulare Street, Suite 330 |
| 4 | Fresno, California 93721-2226<br>Telephone: (559) 487-5561 |
| 5 | |
| 6 | Attorney for Defendant<br>SHERRILL V. HANSON |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. 1:11-cr-00435 LJO-SKO |
| | ) | |
| Plaintiff, | ) | STIPULATION TO CONTINUE |
| | ) | STATUS CONFERENCE; |
| v. | ) | [PROPOSED] ORDER THEREON |
| | ) | |
| SHERRILL V. HANSON, | ) | Date: July 16, 2012 |
| | ) | Time: 1:00 p.m. |
| Defendant. | ) | Dept: 7 |

IT IS HEREBY STIPULATED by and between the parties hereto, and through their respective attorneys of record herein, that the status conference hearing in the above-referenced action now scheduled for April 2, 2012, **may be continued to July 16, 2012 at 1:00 p.m.**, before Magistrate Judge Sheila K. Oberto

Defense counsel requests this continuance because additional time is needed to conduct an investigation. The defendant and most of the relevant witnesses reside approximately five hours outside of Fresno, and defendant is legally blind, which renders her review of the discovery particularly onerous and time-consuming.

/ / /

/ / /

/ / /

/ / /

The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice, including but not limited to, the need for the period of time set forth herein for further defense preparation pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B).

BENJAMIN B. WAGNER
United States Attorney

DATED: March 22, 2012   By:   /s/ Jeremy Jehangiri
JEREMY JEHANGIRI
Assistant United States Attorney
Attorney for Plaintiff


DANIEL J. BRODERICK
Federal Defender

DATED: March 22, 2012   By:   /s/ Jeremy S. Kroger
JEREMY S. KROGER
Assistant Federal Defender
Attorney for Defendant
Sherrill V. Hanson

# O R D E R

**IT IS SO ORDERED.** Time is excluded in the interests of justice pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B).

IT IS SO ORDERED.

**Dated:   March 23, 2012**         /s/ Sheila K. Oberto
UNITED STATES MAGISTRATE JUDGE

Hanson/Stip to Continue
Status Conference

2