JOSEPH SCHLESINGER, #87692
Acting Federal Defender
JEREMY S. KROGER, #258956
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorneys for Defendant
SHERRILL HANSON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 1:11-CR-00435 LJO-BAM-1 |
| *Plaintiff,* | ) ) | WAIVER OF DEFENDANT'S PERSONAL PRESENCE AT ARRAIGNMENT PURSUANT |
| v. | ) ) | TO RULE 10(b)(2); ORDER THEREON |
| SHERRILL HANSON, | ) ) | |
| *Defendant.* | ) ) | |
| _____ | ) | |

        Pursuant to Fed. R. Crim. P. 10(b)(2), Defendant, SHERRILL HANSON, having been

advised of her right to be present at all stages of the proceedings, hereby requests that this Court

proceed in her absence at the arraignment on the Superseding Indictment now scheduled for May

13, 2013, at 1:00 p.m. Ms. Hanson has received a copy of the Superseding Indictment filed April

4, 2013 and has reviewed it with the assistance of her attorney. She is aware that the penalty for

each of counts one through fourteen is up to twenty years imprisonment and a fine of up to

$250,000; and that the penalty for each of counts fifteen and sixteen is up to one year in prison

and a fine of up to $100,000. She is further aware that both the fine and imprisonment could be

imposed. Ms. Hanson also has in mind the rights that the Court read to her at her arraignment on

the original Indictment on December 20, 2011 — including, *inter alia*, the right to an attorney

and to remain silent — and she is aware that they apply with equal force to the charges contained

in the Superseding Indictment.

1    With the forgoing in mind, and pursuant to Fed. R. Crim. P. 10(b)(2), Ms. Hanson hereby

2    requests that the Court permit her counsel, on her behalf, to enter a plea of NOT GUILTY to

3    each of the sixteen counts contained in the Superseding Indictment, and a denial to all

4    enhancements and forfeiture allegations.

5    Ms. Hanson makes this request because she lives six hours from the Fresno Federal

6    Courthouse and because she has the following significant health problems:  She is legally blind,

7    and so cannot drive; she is on semiweekly dialysis for acute kidney failure; and she is unable to

8    walk, and is thus wheelchair bound.  In light of these health conditions, the time, distance and

9    expense involved in making the twelve-hour round-trip for court appearances is a significant

10   financial and personal hardship on her.  Defendant wishes to limit the number of personal court

11   appearances and minimize the time and expense of travel to court.

12   This request is made pursuant to Fed. R. Crim. P. 10(b)(2).  Defense counsel has

13   consulted with counsel for the government, who does not oppose this request.

14
     Dated:  April 28, 2013                          /s/ Sherrill Hanson_____
15                                                    SHERRILL HANSON, Defendant
                                                      [Original Signature in Attorney's File]
16

17   Dated:  May 7, 2013                             /s/ Jeremy Kroger_____
                                                      JEREMY S. KROGER
18                                                    Assistant Federal Defender
                                                      Counsel for Defendant
19   / / /

20   / / /

21   / / /

22   / / /

23   / / /

24   / / /

25   / / /

26   / / /

27   / / /

28   / / /

2

1          **O R D E R**

2          GOOD CAUSE APPEARING, **IT IS HEREBY ORDERED** that Defendant's

3  appearance may be waived at the arraignment on the Superseding Indictment now scheduled for

4  May 13, 2013, at 1:00 p.m.  On that date, defense counsel will be permitted, on Ms. Hanson's

5  behalf, to enter a plea of NOT GUILTY to each of the sixteen counts contained in the

6  Superseding Indictment, and to enter denials to all enhancements and forfeiture allegations.

7

8          IT IS SO ORDERED.

9     **Dated:    May 7, 2013**          _____ **/s/ Barbara A. McAuliffe**_____
                                               UNITED STATES MAGISTRATE JUDGE
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28